JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JORGE G. ZAMORA,**<br><br>Defendant. | Case No. CV 13-06694 WDK (PLAx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Jorge G. Zamora, individually and doing business as Restaurante Los Chanfainos a/k/a Los Chainfainos, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Jorge G. Zamora, individually and doing business as Restaurante Los Chanfainos a/k/a Los Chainfainos, as follows:

(a) defendant Jorge G. Zamora, individually and doing business as Restaurante Los Chanfainos a/k/a Los Chainfainos, shall pay the plaintiff, J & J

1 | Sports Productions, Inc., $2,400.00 in total damages plus attorneys' fees in the
2 | amount of $440.00 plus costs.

4 | IT IS SO ORDERED.

6 | IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
7 | States mail or by telefax or by email, copies of this Order on counsel in this matter.

10 | Dated: September 9, 2014

_____
William Keller
United States District Judge

- 2 -